DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES GAINES, JR.,**
Appellant,

v.

**TREASURE COAST CAR DOCTORS, LLC,**
Appellee.

No. 4D2023-2925

[August 8, 2024]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Warren Alonzo III, Judge; L.T. Case No. 562023SC002809.

Charles Gaines, Jr., Port St. Lucie, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***